**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DEREK HINDS, # 279371,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 18-0214-KD-MU** |
| **CYNTHIA STEWART, *et al.*,** | : | |
| **Defendants.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED** without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that the action be counted as a strike for the purposes of 28 U.S.C. § 1915(g).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, this order adopting the report and recommendation, and the judgment dismissing this action.

**DONE** this 22 day of August, 2018.

s/ Kristi K. DuBose
_____
**CHIEF UNITED STATES DISTRICT JUDGE**